# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J.  02/20/2025

Extension granted to 2/27/25.

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

<u>Re: Prudente v. Prohealth Connect, LLC et al</u>
**Case #: 24-CV-07398 (VSB)**
**Motion for Extension of Time**

Dear Judge Broderick:

    My firm represents plaintiff Yuly Prudente ("Plaintiff" or "Prudente") in the above-referenced action, and I respectfully write to request a brief one-week extension of the February 19, 2025 deadline for the parties to provide the Court with the information requested in Your Honor's January 30, 2025 order. This request is being made because the parties require some additional time to confer. We did not anticipate the need for this extension. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan        

By: Abdul K. Hassan, Esq.

cc:    **Defense Counsel via ECF**