> APPLICATION GRANTED
> SO ORDERED /s/ Vernon S. Broderick
> VERNON S. BRODERICK
> U.S.D.J.   02/28/2025
>
> Extension granted to March 13, 2025.

**Re: Prudente v. Prohealth Connect, LLC et al**
Case #: 24-CV-07398 (VSB)
**Motion for Extension of Time**

Dear Judge Broderick:

    My firm represents plaintiff Yuly Prudente ("Plaintiff" or "Prudente") in the above-referenced action, and I respectfully write to request a brief two-week extension of the February 27, 2025 deadline for the parties to provide the Court with the information requested in Your Honor's January 30, 2025 order. This request is being made because the parties require some additional time to confer. One prior request for an extension of this deadline was made and granted.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**   **Defense Counsel via ECF**