# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                   Fax: 718-740-2000
*Employment and Labor Lawyer*                                         Web: www.abdulhassan.com

**Via ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    03/21/2025

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

<div align="center">

**Re: Prudente v. Prohealth Connect, LLC et al**
    Case #:  24-CV-07398 (VSB)
    **Motion for Extension of Time**

</div>

Dear Judge Broderick:

      My firm represents plaintiff Yuly Prudente ("Plaintiff" or "Prudente") in the above-referenced action, and I respectfully write to request a brief one-week extension of the March 20, 2025 deadline for the parties to provide the Court with the information requested in Your Honor's January 30, 2025 order. This request is being made some additional time is required to finalize the filing. Three prior requests for an extension of this deadline were made and granted.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     Defense Counsel via ECF